

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| FEDERAL CORPORATION, INC., | § | |
| Appellant, | § | |
| v. | § | No. 08-16-00095-CV |
| DESIREE TRUHLAR, CARLOS | § | Appeal from the |
| ALVAREZ, ROSENDO AGUILAR, | § | |
| JENNIFER BUTLER, MARIA T. RUIZ, | | County Court at Law #3 |
| AUDEN TERCERO, LUCIA | § | |
| CERECERES, ROBERTO RODRIGUEZ, | | of El Paso County, Texas |
| PRISCILLA RODRIGUEZ and LIBERTY | § | |
| MUTUAL FIRE INSURANCE | | (TC# 2014DRCV1401) |
| CORPORATION, | § | |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 10TH DAY OF AUGUST, 2021.


YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., McClure, C.J. (Senior Judge), and Hughes, J.
McClure, C.J. (Senior Judge)(Sitting by Assignment)
Hughes, J. (Not Participating)